UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JAMES B. LUCAS,

                    Plaintiff,

                                        <u>ORDER</u>
        -against-                        19-CV-0100(JS)(AKT)

SUFFOLK COUNTY CORRECTIONAL
FACILITY and PECONIC BAY HOSPITAL,

                    Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      James B. Lucas, <u>pro se</u>
                    618355
                    Suffolk County Correctional Facility
                    110 Center Drive
                    Riverhead, New York 11901

For Defendants:     No appearances.

SEYBERT, District Judge:

        On January 2, 2019, incarcerated <u>pro se</u> plaintiff James
B. Lucas ("Plaintiff") filed a Complaint in this Court.  However,
Plaintiff did not remit the filing fee nor did he file an
application to proceed <u>in forma pauperis</u>.  Accordingly, by Notice
of Deficiency dated January 7, 2019 (the "Notice"), Plaintiff was
instructed that, in order for his case to proceed he must, within
fourteen (14) days, either remit the filing fee or file the
enclosed application to proceed <u>in forma pauperis</u> and Prisoner
Litigation Authorization form ("PLRA").  (<u>See</u> Notice, Docket
Entry 2.)

1

To date, the Notice has not been returned to the Court and Plaintiff has not complied nor has he otherwise communicated with the Court. Accordingly, it appears that Plaintiff is no longer interested in pursuing this case and it is thus DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to CLOSE this case and to mail a copy of this Order to the pro se Plaintiff.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is DENIED for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).

SO ORDERED.

/s/ JOANNA SEYBERT
JOANNA SEYBERT, U.S.D.J.

Dated:     June   5  , 2019
           Central Islip, New York